# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **QUINCEY MCKINNES**<br>**PLAINTIFF,** | **CIVIL ACTION NO. 11-2952** |
| **VERSUS** | **SECTION "F"** |
| **THE CITY OF GRETNA, ET AL**<br>**DEFENDANT.** | **MAGISTRATE: 2** |

## ORDER

Considering the foregoing Motion to Substitute;

IT IS ORDERED that Leonard L. Levenson be substituted as counsel of record for The City of Gretna, The Gretna Police Department and Officer Ryan Mekdessie, and Keith M. Detweiler, John D. Carter and Gerald J. Nielsen are hereby terminated as counsel of record. in the above-entitled matter.

NEW ORLEANS, LOUISIANA this  9th  day of     May    , 2013.

_____
UNITED STATES DISTRICT JUDGE